# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Wendell Callahan**<br><div align="right">**Debtor(s)**</div><br>**PENNYMAC LOAN SERVICES, LLC**<br><div align="right">**Movant**</div><br><div align="center">**vs.**</div><br>**Wendell Callahan**<br><div align="right">**Debtor(s)**</div><br>**Crystal H. Thornton-Illar**,<br><div align="right">**Trustee**</div> | **BK NO. 26-20118 CMB**<br><br>**Chapter 7**<br><br>**Related to Claim No.** |

## CERTIFICATE OF SERVICE
## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 28, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Wendell Callahan
319 25th Street
McKeesport, PA 15132

Attorney for Debtor(s)
Lawrence Willis, Willis & Associates
201 Penn Center Blvd, Suite 310
Pittsburgh, PA 15235

Trustee
Crystal H. Thornton-Illar
525 William Penn Place
28th Floor
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: May 28, 2026

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com